■ STEPHEN F. CATALDO, an Infant, by STEPHEN G. CATALDO, His Guardian ad Litem, Respondent, v. COUNTY OF MONROE, Appellant. STEPHEN G. CATALDO, Respondent, v. COUNTY OF MONROE, Appellant.— Order insofar as appealed from affirmed, without costs of this appeal to any party. Memorandum: In affirming we do not reach or pass upon whether the disclosure of the documents sought is barred by section 3101 (subd. [d], par. 2) of the Civil Practice Law and Rules. All concur, except Williams, P. J., who dissents and votes to reverse for the reasons stated in the dissenting memorandum in

*Cataldo* v. *County of Monroe* (19 A D 2d 852). (Appeal from certain parts of an order of Monroe Special Term denying motion by defendant for disclosure by Monarch Insurance Co., of documents and oral testimony, etc.) Present — Williams, P. J., Goldman, Noonan and Del Vecchio, JJ.